JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CHAPMAN<br><br>Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; and ROSENDIN ELECTRIC, INC. EMPLOYEE WELFARE BENEFIT PLAN,<br><br>Defendants. | Case No.:  CV11-01519 DMG (CWx)<br><br>**ORDER ON STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [14]** |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants.  Each party shall bear its own fees and costs.

DATED: September 13, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER ON STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

CDCA Case # CV11-01519 DMG (CWx)